UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| In re: SADAF, MOHAMMAD ALI | § Case No. 08-70798 |
| | § |
| | § |
| Debtor(s) | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH D. OLSEN_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
211 South Court
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 01:00pm on 01/18/2012 in Courtroom 115, United States Courthouse, 211 South Court
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Dated : 12/01/2011        By:  /s/JOSEPH D. OLSEN_____
                                    Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL  61104-2228
(815) 965-8635

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: SADAF, MOHAMMAD ALI | § | Case No. 08-70798 |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 15,000.14 |
| *and approved disbursements of* | $ 136.52 |
| *leaving a balance on hand of* [1] | $ 14,863.62 |
| **Balance on hand:** | $ 14,863.62 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 8 | Litton Loan Servicing, L.P. | 188,849.59 | 0.00 | 0.00 | 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 14,863.62 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH D. OLSEN | 2,250.01 | 0.00 | 2,250.01 |
| Trustee, Expenses - JOSEPH D. OLSEN | 261.84 | 0.00 | 261.84 |
| Attorney for Trustee, Fees - Yalden, Olsen & Willette | 4,263.00 | 0.00 | 4,263.00 |
| Charges, U.S. Bankruptcy Court | 250.00 | 0.00 | 250.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 7,024.85 |
| Remaining balance: | $ 7,838.77 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $   0.00
Remaining balance:   $   7,838.77

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $7,779.64 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 7P | Internal Revenue Service | 7,779.64 | 0.00 | 7,779.64 |

Total to be paid for priority claims:   $   7,779.64
Remaining balance:   $   59.13

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 3,826.25 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Stuart Allan & Associates, Inc. | 1,808.98 | 0.00 | 27.96 |
| 2 | Sprint Nextel Correspondence | 74.35 | 0.00 | 1.15 |
| 3 | Recovery Management Systems Corporation | 720.08 | 0.00 | 11.13 |
| 4 | National Check Trust | 512.84 | 0.00 | 7.92 |
| 5 | PayPal, Inc. | 710.00 | 0.00 | 10.97 |

Total to be paid for timely general unsecured claims:   $   59.13
Remaining balance:   $   0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 2,629.30 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 7U | Internal Revenue Service | 2,629.30 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/JOSEPH D. OLSEN
　　　　　　　　Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
(815) 965-8635

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                         United States Bankruptcy Court
                          Northern District of Illinois
In re:                                                    Case No. 08-70798-MB
Mohammad Ali Sadaf                                        Chapter 7
       Debtor
                            CERTIFICATE OF NOTICE
District/off: 0752-3          User: vgossett              Page 1 of 5                   Date Rcvd: Dec 12, 2011
                              Form ID: pdf006             Total Noticed: 136

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 14, 2011.
db           +Mohammad Ali Sadaf,    1524 Candlewood Drive,    Crystal Lake, IL 60014-8966
12062886     +ACC International,    ACC Bldg.,    919 Estes Court,    Schaumburg, IL 60193-4427
12062889     +ADT Dealer Security Solutions,    835 West Webster Street,    Chicago, IL 60614-3615
12062890     +ADT Security Services, Inc.,    1 Town Center Road,    Boca Raton, FL 33486-1002
12062897     +AT&T,   Law Department,    225 W. Randolf, Suite 25A,    Chicago, IL 60606-1838
12062898     +AT&T (fka SBC),    Law Department,    225 W. Randolf, Suite 25A,    Chicago, IL 60606-1838
12062887     +Account Receivable Management, Inc.,    P.O. Box 129,    Thorofare, NJ 08086-0129
12062888     +Action Plumbing Sewers,    725 W. 47th Street,    Chicago, IL 60609-4409
12062892      American Collection Corp.,    909 Estes Court,    Schaumburg, IL 60193
12062893     +American Family Insurance,    6000 American Parkway,    Madison, WI 53783-0002
12062894     +American Marketing & Publishng, LLC,    PO Box 801,    Dekalb, IL 60115-0801
12062903     +BFI,   5050 West Lake Street,    Melrose Park, IL 60160-2767
12062899     +Baird & Warner,    120 S. LaSalle,    Chicago, IL 60603-3564
12062900      Bank of America,    Global Portfolio Management,    4161 Peidmont Pwy,    Greensboro, NC 27420
12062901      Barbara Garrigus,    341 Hartford,    Downers Grove, IL 60516
12062904     +Biehl & Biehl, Inc.,    325 E. Fullerton Avenue,    Carol Stream, IL 60188-1865
12062905     +Black Pearl Limo Inc.,    1524 Candlewood Drive,    Crystal Lake, IL 60014-8966
12062906     +Buildurpconline Com,    1524 Candlewood Drive,    Crystal Lake, IL 60014-8966
12062907    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital 1 Bank,    Attn: C/O TSYS Debt Management,    Po Box 5155,
               Norcross, GA 30091)
12062910     +CBCS,   236E. Town Street,    Columbus, OH 43215-4631
12062915    ++CHRYSLER FINANCIAL,    27777 INKSTER RD,    FARMINGTON HILLS MI 48334-5326
             (address filed with court: Chrysler Financial,    Customer Service, Bankruptcy Dept.,
               P.O. Box 600,   Horsham, PA 19044)
12062923   +++CLEAR CHECK PAYMENT SOLUTIONS LLC,    135 INTERSTATE BOULEVARD,    GREENVILLE SC 29615-5720
             (address filed with court: Clear Check Payment Solutions,    PO Box 27087,    Greenville, SC 29616)
12062911     +Central Portfollo Control,    6640 Shady Oak Road,    Suite 300,    Eden Prairie, MN 55344-7710
12062912     +Century 21 Pro-Team,    5620 W 95th Street,    Oak Lawn, IL 60453-2343
12062914     +Chicago Tribune,    435 N. Michigan Ave., Ste. 1500,    Chicago, IL 60611-4012
12062916     +Church of God Church,    10241 S. Hoxie Avenue,    PO Box 804731,    Chicago, IL 60680-4108
12062917     +Cingular Wireless,    5565 Glenridge Connector,    Atlanta, GA 30342-4756
12062918     +City of Chicago,    Department of Admin. Hearings,    400 West Superior Street,
               Chicago, IL 60654-3409
12062920     +City of Chicago,    Department of Revenue,    PO Box 88292,    Chicago, IL 60680-1292
12062919     +City of Chicago,    Department of Water Management,    4900 W Sunnyside Avenue,
               Chicago, IL 60630-3900
12062921     +City of Chicago,    Corporate Counsel,    30 N LaSalle, Ste. 800,    Chicago, IL 60602-3542
12062922     +City of Chicago, Dept. of Revenue,    Cost Recovery & Coll. Div.,    333 S. State Street, Ste. 540,
               Chicago, IL 60604-3951
12062924     +Collections Marketing Center,    PO Box 4610,    Newark, DE 19715-4610
12062925     +Comcast,   1500 Market Street,    Philadelphia, PA 19102-2100
12062926     +Computer Shopper,    PO BOx 52565,    Boulder, CO 80322-2565
12062927     +Credit Association Inc.,    20 N Wacker Drive,    Chicago, IL 60606-2805
12062929     +Credit Protection Associates, LLP,    13355 Noel Road,    Dallas, TX 75240-6837
12062932     +Cybercollect, Inc.,    PO Box1145,    La Crosse, WI 54602-1145
12062933     +David A. Frerkins,    PO Box 668,    Hinckley, IL 60520-0668
12062934     +DialAmerica Marketing, Inc.,    960 Macarther Blvd.,    Mahwah, NJ 07430-2040
12062935     +Diner's Card,    MasterCard Incorporated,    2000 Purchase Street,    Purchase, NY 10577-2509
12062936     +Diversified Consultants,    PO Box 1391,    Southgate, MI 48195-0391
12062937     +Dominick's Finer Foods, LLC,    711 Jorie Blvd.,    Oak Brook, IL 60523-2246
12062938     +Dunsdemand,    4836 Brecksville Road,    PO Box 523,    Richfield, OH 44286-0523
12062941     +ERS Solutions,    800 SW 39th Street,    P.O. Box 9004,    Renton, WA 98057-9004
12062940     +Er Solutions,    Po Box 9004,    Renton, WA 98057-9004
12062943     +FBCS,   841 E. Hunting Park Avenue,    Philadelphia, PA 19124-4800
12062944    ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
               GRAND RAPIDS MI 49546-6253
             (address filed with court: Fifth Third Bank,    Fifth Third Center,    38 Fountain Square Plaza,
               Cincinnati, OH 45263)
12062945     +First National Bank of Marengo,    4520 West Algonquin Road,    Lake In The Hills, IL 60156-6728
12062946     +Franks, Gerkin & McKenna, P.C.,    19333 E. Grant Highway, P.O. Box 5,    Marengo, IL 60152-0005
12062947     +G M A C,   2740 Arthur St,    Roseville, MN 55113-1303
12062948     +GC Services Limited Partnership,    Collection Agency Division,    6330 Gulfton,
               Houston, TX 77081-1108
12062950     +Global Portfolio Management, LLC,    138 Palm Coast Parkway NE, Ste 221,
               Palm Coast, FL 32137-8241
12062951     +Government Employees Insurance Co.,    5260 Western Avenue,    Chevy Chase, MD 20815-3701
12062953     +Greater Elgin Emergency Specialist,    PO Box 88334 Dept. 2045,    Carol Stream, IL 60188-0334
12062954     +H & R Block Inc.,    One H&R Block Way,    Kansas City, MO 64105-1905
12062960     +HSBC Card Services, Inc.,    2700 Sanders Rd,    Prospect Heights, IL 60070-2701
12062961     +HSBC Nv/GM Card,    Hsbc Card Srvs   Attn: Bankruptcy,    Po Box 5213,
               Carol Stream, IL 60197-5213
12062955     +Harris & Harris Ltd,    600 W Jackson Blvd Ste 4,    Chicago, IL 60661-5675
12062958     +Heller and Frisone, LTD,    33 North Lasalle Street,    Ste. 1200,    Chicago, IL 60602-2866
12062959     +Home State Bank,    40 Grant Street,    PO Box 1738,    Crystal Lake, IL 60039-1738
```

```
District/off: 0752-3          User: vgossett              Page 2 of 5                   Date Rcvd: Dec 12, 2011
                              Form ID: pdf006             Total Noticed: 136

12062962     +ILL Dept. Employment Security,    Benefit Prepayment,    PO Box 19286,    Springfield, IL 62794-9286
13944814    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
               PHILADELPHIA PA 19101-7346
             (address filed with court: Internal Revenue Service,      PO Box 21126,    Philadelphia PA 19114)
12062964     +IRN Payment Systems,    PO Box 10357,    Westbury, NY 11590-0807
12062963     +Ingram Entertainment Holdings Inc.,     2 Ingram Blvd.,    La Vergne, TN 37086-3638
12062965     +Jhm Corporation,    20001 Telegraph Street,    Marengo, IL 60152-8279
12062967     +Katina Max,   8405 S. Baltimore,    Chicago, IL 60617-2526
12062968     +Leanin’ Tree Inc.,    c/o Trumble Greetings, Inc.,    PO Box 9800,    Boulder, CO 80301-0800
12062969     +Limousine & Chauffeur Transportatn,     PO Box 1068,    Skokie, IL 60076-8068
17271459      Litton Loan Servicing LP,    P.O. Box 829009,    Dallas, TX 75382-9009
15183490     +Litton Loan Servicing, L.P.,    c/o McCalla Raymer, LLC,    Bankruptcy Department,
               1544 Old Alabama Road,    Roswell, GA 30076-2102
15363822     +Litton Loan Servicing, L.P.,    Bankruptcy Department,    4828 Loop Central Drive,
               Houston, TX 77081-2166
12062970     +Lockhart Morris & Montgomery Inc.,     833 E Arapaho Road,    Richardson, TX 75081-2246
12062971     +Lowe’s Companies, Inc.,    1000 Lowe’s Boulevard,    Mooresville, NC 28117-8520
12062978     +MCI Telecommunications, Inc.,    500 Clinton Center Drive,    Clinton, MS 39056-5678
12062981     +MSA Alumni Inc.,    1524 Candlewood Drive,    Crystal Lake, IL 60014-8966
12062973     +Magazine Subscription Center,    PO Box 682108,    Franklin, TN 37068-2108
12062974     +Marengo Convenient Market,    20001 Telegraph Street,    Marengo, IL 60152-8279
12062975      Martel C. Elion,    10331 S. Torrance,    Chicago, IL 60617
12062979     +McKnight Sales Company, Inc.,    540 California Avenue,    Pittsburgh, PA 15202-2453
12062976     +Mchenry County College,    8900 US Hwy 14,    Crystal Lake, IL 60012-2761
12062980     +Millennium Credit Consultants,    PO Box 18160,    Saint Paul, MN 55118-0160
12062985     +NCO Financial Systems Inc.,    507 Prudential Road,    Horsham, PA 19044-2368
12062982     +National Check Trust,    2811 Corporate Way,    Miramar, FL 33025-3972
12062983     +Nationwide Credit, Inc.,    2015 Vaughn Rd., Bldg. 400,    Kennesaw, GA 30144-7802
12062987     +North American Bancard,    3221 W. Big Beaver, Ste. 110,    Troy, MI 48084-2810
12062988     +Northwest Trading Corp.,    1524 Candlewood Drive,    Crystal Lake, IL 60014-8966
12062990     +PC World,   PO Box 37568,    Boone, IA 50037-0568
12062989    +++PayPal, Inc.,    POB 45950,    Attn: Collections Dept,    Omaha NE 68145-0950
12062991      People First Recoveries,    3080 Elm Street, SE,    Minneapolis, MN 55414
12062992     +People’s Gas,    130 East Randolph Drive 24th Floor,    Chicago, IL 60601-6207
12062993     +Pioneer Services, LLC,    7303 N. Ciccero, Ste. B,    Lincolnwood, IL 60712-1613
12062995     +Professional Account Management LLC,     2040 W Wisconsin Ave # 350,    Milwaukee, WI 53233-2015
12062996     +Professional Account Management LLC,     2040 W Wisconsin Ave. Ste. 350,    Milwaukee, WI 53233-2015
12062998     +RMS,   77 Hartland Street,    East Hartford, CT 06108-3253
12062997     +Rehab Foreclosures,    1524 Candlewood Drive,    Crystal Lake, IL 60014-8966
12062999     +Rosman Adjustment Corp.,    PO Box 1247,    Northbrook, IL 60065-1247
12599593    ++SPRINT NEXTEL CORRESPONDENCE,    ATTN BANKRUPTCY DEPT,    PO BOX 7949,
               OVERLAND PARK KS 66207-0949
             (address filed with court: Sprint Nextel Correspondence,     Attn Bankruptcy Dept,    PO Box 7949,
               Overland Park KS 66207-0949)
12063000     +Safety Insurance Group, Inc.,    20 Custom House Street,    Boston, MA 02110-3516
12063001     +Safeway Inc.,    5918 Stoneridge Mall Road,    Pleasanton, CA 94588-3229
12063002     +Scott M. Becker,    415 Harvey Street,    Dekalb, IL 60115-4531
12063003     +Scott M. Becker,    950 S. Fourth Street,    Dekalb, IL 60115-4412
12063004     +Sherman Hospital,    935 Center Street,    Elgin, IL 60120
12599594     +Sprint Nextel Distribution,    Attn Bankruptcy Dept,    PO Box 3326,    6855 S Dayton St,
               Denver CO 80161
12063007     +Starr and Rowells,    35 E. Wacker Drive, #1870,    Chicago, IL 60601-2202
12063008     +Start Rehab Inc.,    6325 N. Avondale Road, Suite C2,    Chicago, IL 60631-1977
12063009     +Stuart Allan & Associates, Inc.,    5447 E. 5th Street, Ste. 110,    Tucson, AZ 85711-2345
12063010     +T-Mobile Bankruptcy Team,    PO Box 53410,    Bellevue, WA 98015-3410
12063011     +TCF National Bank,    800 Burr Ridge Parkway,    Burr Ridge, IL 60527-6486
12063018     +TRS Recovery Services, Inc.,    5251 Westheimer,    Houston, TX 77056-5416
12063019     +TV Reader Service,    4099 Martel Road,    Lenoir City, TN 37772-6145
12063012     +The DIRECTV Group, Inc.,    2230 East Imperial Highway,    El Segundo, CA 90245-3502
12063013     +The Terminix International Company,     860 Ridge Lake Blvd.,    Memphis, TN 38120-9424
12063014     +Thomas J. Polinski & Associats, LTD,     5844 W. Irving Park Road,    Chicago, IL 60634-2622
12063015     +Toyota Motor Credit,    1111 W 22nd St Ste 420,    Oak Brook, IL 60523-1959
12063021     +URB,   7303 N Cicero Avenue,    Lincolnwood, IL 60712-1613
12063024     +Washington Mutual Mortgage,    Attn: Collections Corporation,    PO Box 44118,
               Jacksonville, FL 32231-4118
12063025     +West Asset Management,    P.O. Box 725329,    Atlanta, GA 31139-2329
12063026     +Woodman’s,    2919 North Lexington Drive,    Janesville, WI 53545-0399

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
12062895     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Dec 13 2011 03:26:08     Asset Acceptance,
               Attn: Bankruptcy,    Po Box 2036,    Warren, MI 48090-2036
12062896     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Dec 13 2011 03:26:08     Asset Acceptance LLC,
               P.O. Box 2036,    Warren, MI 48090-2036
12062909      E-mail/Text: ngoodman@cashcall.com Dec 13 2011 04:15:25     CashCall Inc.,    PO Box 66007,
               Anaheim, CA 92816
12062908      E-mail/Text: ngoodman@cashcall.com Dec 13 2011 04:15:25     Cashcall Inc,
               17360 Brookhurst Street,    Fountain Valley, CA 92708
13005740     +E-mail/PDF: rmscedi@recoverycorp.com Dec 13 2011 05:06:33     Capital Recovery II,
               25 SE 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
```

```
District/off: 0752-3          User: vgossett              Page 3 of 5                   Date Rcvd: Dec 12, 2011
                              Form ID: pdf006             Total Noticed: 136

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
12062928       +E-mail/Text: bankruptcy_notifications@ccsusa.com Dec 13 2011 04:15:54
                 Credit Collection Services,    Two Wells Avenue,    Dept. 9133,    Newton Center, MA 02459-3208
12062930       +E-mail/Text: clerical.department@yahoo.com Dec 13 2011 04:17:23      Creditors Collection B,
                 755 Almar Pkwy,    Bourbonnais, IL 60914-2393
12062931       +E-mail/Text: clerical.department@yahoo.com Dec 13 2011 04:17:23
                 Creditors Collection Bureau, Inc.,    P.O. Box 63,    Kankakee, IL 60901-0063
12062942       +E-mail/Text: CollectionsDept@figfcu.org Dec 13 2011 04:18:04      Farmers Group, Inc.,
                 4680 Wilshire Blvd.,    Los Angeles, CA 90010-3807
12062949        E-mail/PDF: gecsedi@recoverycorp.com Dec 13 2011 05:06:31      GE Money Store,    P.O. Box 960061,
                 Orlando, FL 32896-0061
12062957       +E-mail/Text: bkynotice@harvardcollect.com Dec 13 2011 04:16:55
                 Harvard Collection Services, Inc.,     4839 N. Elston Ave.,    Chicago, IL 60630-2589
13944814        E-mail/Text: cio.bncmail@irs.gov Dec 13 2011 03:20:20      Internal Revenue Service,
                 PO Box 21126,    Philadelphia PA 19114
12062972       +E-mail/PDF: gecsedi@recoverycorp.com Dec 13 2011 05:06:31      Lowes / MBGA,    Ge Consumer Finance,
                 Po Box 103104,    Roswell, GA 30076-9104
12062986       +E-mail/Text: bankrup@nicor.com Dec 13 2011 03:24:26      Nicor Gas,
                 Attention: Bankruptcy & Collections,     PO Box 549,    Aurora, IL 60507-0549
12062996       +E-mail/Text: bankruptcynotices@pch.com Dec 13 2011 04:19:46      Publishers Clearing House,
                 382 Channel Drive,    Port Washington, NY 11050-2297
13005741        E-mail/PDF: rmscedi@recoverycorp.com Dec 13 2011 05:06:34
                 Recovery Management Systems Corporation,     25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
12637169        E-mail/PDF: rmscedi@recoverycorp.com Dec 13 2011 05:06:34
                 Recovery Management Systems Corporation,     For GE Money Bank,    dba LOWES CONSUMER,
                 25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
12063022       +E-mail/PDF: gecsedi@recoverycorp.com Dec 13 2011 05:06:31      Wal-Mart Stores, Inc.,
                 dba Sam's Club,    702 Southwest 8th Street,    Bentonville, AR 72716-6209
                                                                                               TOTAL: 18

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12063006*     ++SPRINT NEXTEL CORRESPONDENCE,    ATTN BANKRUPTCY DEPT,    PO BOX 7949,
                 OVERLAND PARK KS 66207-0949
               (address filed with court: Sprint Nextel Corporation,     2001 Edmund Halley Drive,
                 Reston, VA 20191)
12062891      ##+AMC Mortgage Services,    PO Box 11000,    Santa Ana, CA 92711-1000
12062902      ##+Bennett & DeLoney,    1265 E. Fort Union Blvd, Ste. 150,    Midvale, UT 84047-1862
12062913      ##+Chicago Sun-Times, Inc.,    PO Box 1003,    Tinley Park, IL 60477-9103
12062939      ##+Eastern Collection Corp.,    PO Box 453,    Bohemia, NY 11716-0453
12062952      ##+Greater Elgin Emergency Specialist,    150 Quail Ridge Drive,    Westmont, IL 60559-6142
12062956      ##+Harris & Harris, LTD,    600 W. Jackson Blvd., Suite 400,    Chicago, IL 60661-5675
12062966      ##+Julie A. Moltz,    555 Skokie, Blvd  Suite 500,    Northbrook, IL 60062-2845
12062977      ##+Mchenry County State's Attny,    Bad Check Restitution Program,    PO Box 970,
                 Woodstock, IL 60098-0970
12062984      ##+Nationwide Credit, Inc.,    P.O. Box 740640,    Atlanta, GA 30374-0640
12063005      ##+Solaray Corporation,    710 South Adams,    Sapulpa, OK 74066-4644
12063016      ##+Tracy Davis,    10241 S. Hoxie,    Chicago, IL 60617-5701
12063017      ##+Transworld Systems Inc.,    Collection Agency,    25 Northwest Point BLVD,
                 Elk Grove Village, IL 60007-1058
12063020      ##+Universal Map,    PO Box 15,   Williamston, MI 48895-0015
12063023      ##+Washington Mutual,    1301 Second Ave.,    Seattle, WA 98101-3804
                                                                                     TOTALS: 0, * 1, ## 14

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-3          User: vgossett          Page 4 of 5          Date Rcvd: Dec 12, 2011
                              Form ID: pdf006         Total Noticed: 136
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 14, 2011**                     **Signature:**     *Joseph Speetjens*

```
District/off: 0752-3          User: vgossett              Page 5 of 5                  Date Rcvd: Dec 12, 2011
                              Form ID: pdf006             Total Noticed: 136
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 9, 2011 at the address(es) listed below:
          Ann A Pantoga   on behalf of Defendant  Fremont Investment & Loan apantoga@thompsoncoburn.com
          Craig A Willette   on behalf of Trustee Joseph Olsen craigwillette@comcast.net
          David A Aaby   on behalf of Creditor  Toyota Motor Credit Corporation daablaw@yahoo.com
          Joseph D Olsen    jolsenlaw@aol.com,  IL46@ECFCBIS.com
          Joseph D Olsen   on behalf of Trustee Joseph Olsen jolsenlaw@aol.com
          Michael J Greco   on behalf of Defendant Hifza Ahmad michaelgreco18@yahoo.com,
           highplainslawyer@hotmail.com
          Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
                                                                                               TOTAL: 7