**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

In re: SADAF, MOHAMMAD ALI           § Case No. 08-70798
                                     §
                                     §
Debtor(s)                            §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:  $9,410.00 | Assets Exempt:  $8,280.00 |
| *(without deducting any secured claims)* | |
| Total Distribution to Claimants: $7,838.77 | Claims Discharged Without Payment:  $110,648.96 |
| Total Expenses of Administration: $7,161.37 | |

3) Total gross receipts of $   15,000.14   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $   0.00   (see **Exhibit 2**), yielded net receipts of $15,000.14 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $13,745.00 | $188,849.59 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 7,161.37 | 7,161.37 | 7,161.37 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 7,779.64 | 7,779.64 | 7,779.64 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 106,771.54 | 18,455.55 | 6,455.55 | 59.13 |
| **TOTAL DISBURSEMENTS** | $120,516.54 | $222,246.15 | $21,396.56 | $15,000.14 |

    4) This case was originally filed under Chapter 7 on March 19, 2008. The case was pending for 47 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/17/2012          By: /s/JOSEPH D. OLSEN
                                                  Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1524 Candlewood, parents | 1210-000 | 15,000.00 |
| Interest Income | 1270-000 | 0.14 |
| **TOTAL GROSS RECEIPTS** | | **$15,000.14** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8 | Litton Loan Servicing, L.P. | 4110-000 | N/A | 188,849.59 | 0.00 | 0.00 |
| NOTFILED | Toyota Motor Credit | 4110-000 | 13,745.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$13,745.00** | **$188,849.59** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 2,250.01 | 2,250.01 | 2,250.01 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 261.84 | 261.84 | 261.84 |
| United States Bankruptcy Court | 2700-000 | N/A | 250.00 | 250.00 | 250.00 |

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Yalden, Olsen & Willette | 3110-000 | N/A | 4,263.00 | 4,263.00 | 4,263.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 18.49 | 18.49 | 18.49 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 30.73 | 30.73 | 30.73 |
| The Bank of New York Mellon | 2600-000 | N/A | 29.65 | 29.65 | 29.65 |
| The Bank of New York Mellon | 2600-000 | N/A | 32.65 | 32.65 | 32.65 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 7,161.37 | 7,161.37 | 7,161.37 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7P | Internal Revenue Service | 5800-000 | N/A | 7,779.64 | 7,779.64 | 7,779.64 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 7,779.64 | 7,779.64 | 7,779.64 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Stuart Allan & Associates, Inc. | 7100-000 | 1,809.00 | 1,808.98 | 1,808.98 | 27.96 |
| 2 | Sprint Nextel Correspondence | 7100-000 | N/A | 74.35 | 74.35 | 1.15 |
| 3 | Recovery Management Systems Corporation | 7100-000 | N/A | 720.08 | 720.08 | 11.13 |
| 4 | National Check Trust | 7100-000 | N/A | 512.84 | 512.84 | 7.92 |
| 5 | PayPal, Inc. | 7100-000 | 710.00 | 710.00 | 710.00 | 10.97 |
| 6 | Church of God Church | 7100-000 | N/A | 12,000.00 | 0.00 | 0.00 |
| 7U | Internal Revenue Service | 7200-000 | N/A | 2,629.30 | 2,629.30 | 0.00 |
| NOTFILED | Millennium Credit Consultants | 7100-000 | 119.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Martel C. Elion | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | McKnight Sales Company, Inc. | 7100-000 | 277.00 | N/A | N/A | 0.00 |
| NOTFILED | Mchenry County College | 7100-000 | 158.00 | N/A | N/A | 0.00 |
| NOTFILED | MCI Telecommunications, Inc. | 7100-000 | 147.00 | N/A | N/A | 0.00 |
| NOTFILED | Mchenry County State's Attny Bad Check Restitution | 7100-000 | 276.93 | N/A | N/A | 0.00 |
| NOTFILED | National Check Trust | 7100-000 | 933.00 | N/A | N/A | 0.00 |
| NOTFILED | People's Gas | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Nationwide Credit, Inc. | 7100-000 | 460.00 | N/A | N/A | 0.00 |
| NOTFILED | Nicor Gas | 7100-000 | 398.00 | N/A | N/A | 0.00 |
| NOTFILED | North American Bancard | 7100-000 | 2,451.00 | N/A | N/A | 0.00 |
| NOTFILED | Nicor Gas | 7100-000 | 105.00 | N/A | N/A | 0.00 |
| NOTFILED | Nicor Gas | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | PC World | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Magazine Subscription Center | 7100-000 | 43.00 | N/A | N/A | 0.00 |
| NOTFILED | Nicor Gas | 7100-000 | 397.00 | N/A | N/A | 0.00 |
| NOTFILED | Limousine & Chauffeur Transportatn | 7100-000 | 28.00 | N/A | N/A | 0.00 |
| NOTFILED | Lowes / MBGA Ge Consumer Finance | 7100-000 | 720.00 | N/A | N/A | 0.00 |
| NOTFILED | Home State Bank | 7100-000 | 498.73 | N/A | N/A | 0.00 |
| NOTFILED | HSBC Card Services, Inc. | 7100-000 | 1,873.00 | N/A | N/A | 0.00 |
| NOTFILED | Heller and Frisone, LTD | 7100-000 | 141.00 | N/A | N/A | 0.00 |
| NOTFILED | Harvard Collection Services, Inc. | 7100-000 | 60.55 | N/A | N/A | 0.00 |
| NOTFILED | H & R Block Inc. One H&R Block Way | 7100-000 | 209.00 | N/A | N/A | 0.00 |
| NOTFILED | Harris & Harris Ltd | 7100-000 | 571.00 | N/A | N/A | 0.00 |
| NOTFILED | HSBC Nv/GM Card Hsbc Card Srvs   Attn: Bankruptcy | 7100-000 | 2,761.00 | N/A | N/A | 0.00 |
| NOTFILED | Ingram Entertainment Holdings Inc. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | ILL Dept. Employment Security Benefit Prepayment | 7100-000 | 60.55 | N/A | N/A | 0.00 |
| NOTFILED | Lowe's Companies, Inc. | 7100-000 | 88.00 | N/A | N/A | 0.00 |
| NOTFILED | Lowe's Companies, Inc. | 7100-000 | 701.00 | N/A | N/A | 0.00 |
| NOTFILED | Pioneer Services, LLC | 7100-000 | 3,550.00 | N/A | N/A | 0.00 |
| NOTFILED | Leanin' Tree Inc. c/o Trumble Greetings, Inc. | 7100-000 | 194.80 | N/A | N/A | 0.00 |
| NOTFILED | IRN Payment Systems | 7100-000 | 2,700.00 | N/A | N/A | 0.00 |
| NOTFILED | Julie A. Moltz | 7100-000 | 150.00 | N/A | N/A | 0.00 |
| NOTFILED | Lowe's Companies, Inc. | 7100-000 | 127.85 | N/A | N/A | 0.00 |
| NOTFILED | Safeway Inc. | 7100-000 | 284.00 | N/A | N/A | 0.00 |
| NOTFILED | Pioneer Services, LLC | 7100-000 | 1,450.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | The DIRECTV Group, Inc. | 7100-000 | 121.00 | N/A | N/A | 0.00 |
| NOTFILED | The Terminix International Company | 7100-000 | 400.00 | N/A | N/A | 0.00 |
| NOTFILED | TCF National Bank | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | TCF National Bank | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | TCF National Bank | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | TCF National Bank | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Thomas J. Polinski & Associats, LTD | 7100-000 | 200.00 | N/A | N/A | 0.00 |
| NOTFILED | TV Reader Service | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | TRS Recovery Services, Inc. | 7100-000 | 81.93 | N/A | N/A | 0.00 |
| NOTFILED | Woodman's | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Woodman's | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Washington Mutual Mortgage | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Washington Mutual | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Universal Map | 7100-000 | 21.80 | N/A | N/A | 0.00 |
| NOTFILED | Wal-Mart Stores, Inc. dba Sam's Club | 7100-000 | 81.93 | N/A | N/A | 0.00 |
| NOTFILED | TCF National Bank | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | TCF National Bank | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | TCF National Bank | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Sherman Hospital | 7100-000 | 570.85 | N/A | N/A | 0.00 |
| NOTFILED | Solaray Corporation | 7100-000 | 433.03 | N/A | N/A | 0.00 |
| NOTFILED | Scott M. Becker | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Greater Elgin Emergency Specialist | 7100-000 | 322.00 | N/A | N/A | 0.00 |
| NOTFILED | Publishers Clearing House | 7100-000 | 26.91 | N/A | N/A | 0.00 |
| NOTFILED | Safety Insurance Group, Inc. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Sprint Nextel Corporation | 7100-000 | 259.00 | N/A | N/A | 0.00 |
| NOTFILED | T-Mobile Bankruptcy Team | 7100-000 | 122.00 | N/A | N/A | 0.00 |
| NOTFILED | Start Rehab Inc. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | TCF National Bank | 7100-000 | 490.52 | N/A | N/A | 0.00 |
| NOTFILED | TCF National Bank | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | TCF National Bank | 7100-000 | 140.00 | N/A | N/A | 0.00 |
| NOTFILED | TCF National Bank | 7100-000 | 690.00 | N/A | N/A | 0.00 |
| NOTFILED | TCF National Bank | 7100-000 | 1,246.00 | N/A | N/A | 0.00 |
| NOTFILED | TCF National Bank | 7100-000 | 797.91 | N/A | N/A | 0.00 |
| NOTFILED | Professional Account Management LLC | 7100-000 | 1,246.00 | N/A | N/A | 0.00 |
| NOTFILED | Franks, Gerkin & McKenna, P.C. | 7100-000 | 400.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Government Employees Insurance Co. | 7100-000 | 370.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America Global Portfolio Management | 7100-000 | 634.00 | N/A | N/A | 0.00 |
| NOTFILED | Barbara Garrigus | 7100-000 | 20,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Baird & Warner | 7100-000 | 325.00 | N/A | N/A | 0.00 |
| NOTFILED | Baird & Warner | 7100-000 | 325.00 | N/A | N/A | 0.00 |
| NOTFILED | AT&T (fka SBC) Law Department | 7100-000 | 26.00 | N/A | N/A | 0.00 |
| NOTFILED | AT&T (fka SBC) Law Department | 7100-000 | 510.00 | N/A | N/A | 0.00 |
| NOTFILED | BFI | 7100-000 | 75.00 | N/A | N/A | 0.00 |
| NOTFILED | Biehl & Biehl, Inc. | 7100-000 | 12.87 | N/A | N/A | 0.00 |
| NOTFILED | Biehl & Biehl, Inc. | 7100-000 | 169.00 | N/A | N/A | 0.00 |
| NOTFILED | Chicago Sun-Times, Inc. | 7100-000 | 107.20 | N/A | N/A | 0.00 |
| NOTFILED | Chicago Tribune | 7100-000 | 12.87 | N/A | N/A | 0.00 |
| NOTFILED | Century 21 Pro-Team | 7100-000 | 750.00 | N/A | N/A | 0.00 |
| NOTFILED | CashCall Inc. | 7100-000 | 5,372.61 | N/A | N/A | 0.00 |
| NOTFILED | Capital 1 Bank | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Cashcall Inc | 7100-000 | 4,782.00 | N/A | N/A | 0.00 |
| NOTFILED | AT&T Law Department | 7100-000 | 156.78 | N/A | N/A | 0.00 |
| NOTFILED | AT&T Law Department | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | AT&T Law Department | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Action Plumbing Sewers | 7100-000 | 2,350.00 | N/A | N/A | 0.00 |
| NOTFILED | ADT Security Services, Inc. | 7100-000 | 379.99 | N/A | N/A | 0.00 |
| NOTFILED | ADT Security Services, Inc. | 7100-000 | 742.00 | N/A | N/A | 0.00 |
| NOTFILED | ADT Security Services, Inc. | 7100-000 | 549.00 | N/A | N/A | 0.00 |
| NOTFILED | Asset Acceptance | 7100-000 | 104.00 | N/A | N/A | 0.00 |
| NOTFILED | AT&T Law Department | 7100-000 | 182.00 | N/A | N/A | 0.00 |
| NOTFILED | American Marketing & Publishng, LLC | 7100-000 | 989.56 | N/A | N/A | 0.00 |
| NOTFILED | American Family Insurance | 7100-000 | 414.00 | N/A | N/A | 0.00 |
| NOTFILED | AMC Mortgage Services | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | American Collection Corp. | 7100-000 | 130.00 | N/A | N/A | 0.00 |
| NOTFILED | Chrysler Financial Customer Service, Bankruptcy Dept. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Cingular Wireless | 7100-000 | 421.00 | N/A | N/A | 0.00 |
| NOTFILED | Dominick's Finer Foods, LLC | 7100-000 | 167.23 | N/A | N/A | 0.00 |
| NOTFILED | Er Solutions | 7100-000 | 312.00 | N/A | N/A | 0.00 |
| NOTFILED | Diversified Consultants | 7100-000 | 227.00 | N/A | N/A | 0.00 |
| NOTFILED | Diner's Card MasterCard Incorporated | 7100-000 | 3,761.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | David A. Frerkins | 7100-000 | 1,500.00 | N/A | N/A | 0.00 |
| NOTFILED | DialAmerica Marketing, Inc. | 7100-000 | 49.95 | N/A | N/A | 0.00 |
| NOTFILED | Er Solutions | 7100-000 | 3,475.00 | N/A | N/A | 0.00 |
| NOTFILED | Farmers Group, Inc. | 7100-000 | 1,338.00 | N/A | N/A | 0.00 |
| NOTFILED | Farmers Group, Inc. | 7100-000 | 272.00 | N/A | N/A | 0.00 |
| NOTFILED | G M A C | 7100-000 | 2,465.44 | N/A | N/A | 0.00 |
| NOTFILED | GE Money Store | 7100-000 | 3,755.00 | N/A | N/A | 0.00 |
| NOTFILED | First National Bank of Marengo | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Fifth Third Bank Fifth Third Center | 7100-000 | 571.00 | N/A | N/A | 0.00 |
| NOTFILED | First National Bank of Marengo | 7100-000 | 102.00 | N/A | N/A | 0.00 |
| NOTFILED | Cybercollect, Inc. | 7100-000 | 37.00 | N/A | N/A | 0.00 |
| NOTFILED | Creditors Collection B | 7100-000 | 42.00 | N/A | N/A | 0.00 |
| NOTFILED | Global Portfolio Management, LLC | 7100-000 | 634.00 | N/A | N/A | 0.00 |
| NOTFILED | City of Chicago Department of Revenue | 7100-000 | 180.00 | N/A | N/A | 0.00 |
| NOTFILED | City of Chicago Corporate Counsel | 7100-000 | 5,500.00 | N/A | N/A | 0.00 |
| NOTFILED | City of Chicago Corporate Counsel | 7100-000 | 2,057.00 | N/A | N/A | 0.00 |
| NOTFILED | City of Chicago Department of Revenue | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | City of Chicago Department of Admin. Hearings | 7100-000 | 5,000.00 | N/A | N/A | 0.00 |
| NOTFILED | City of Chicago Department of Water Management | 7100-000 | 1,063.00 | N/A | N/A | 0.00 |
| NOTFILED | City of Chicago Corporate Counsel | 7100-000 | 500.00 | N/A | N/A | 0.00 |
| NOTFILED | City of Chicago, Dept. of Revenue Cost Recovery & | 7100-000 | 90.00 | N/A | N/A | 0.00 |
| NOTFILED | Creditors Collection B | 7100-000 | 44.00 | N/A | N/A | 0.00 |
| NOTFILED | Credit Association Inc. | 7100-000 | 484.76 | N/A | N/A | 0.00 |
| NOTFILED | Creditors Collection B | 7100-000 | 236.00 | N/A | N/A | 0.00 |
| NOTFILED | Computer Shopper | 7100-000 | 19.99 | N/A | N/A | 0.00 |
| NOTFILED | Comcast | 7100-000 | 64.00 | N/A | N/A | 0.00 |
| NOTFILED | Comcast | 7100-000 | 116.00 | N/A | N/A | 0.00 |
| NOTFILED | Comcast | 7100-000 | 547.00 | N/A | N/A | 0.00 |
| NOTFILED | Clear Check Payment Solutions | 7100-000 | 168.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 106,771.54 | 18,455.55 | 6,455.55 | 59.13 |

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-70798  **Trustee:** (330400) JOSEPH D. OLSEN
**Case Name:** SADAF, MOHAMMAD ALI  **Filed (f) or Converted (c):** 03/19/08 (f)
 **§341(a) Meeting Date:** 04/24/08
**Period Ending:** 02/17/12  **Claims Bar Date:** 11/10/08

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned OA=§554(a) DA=§554(c)** | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | Cash with debtor | 50.00 | 0.00 | DA | 0.00 | FA |
| 2 | Misc. household goods with debtor | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | Misc. books and CD's with debotr | 100.00 | 0.00 | DA | 0.00 | FA |
| 4 | Misc. clothes with debtor | 200.00 | 0.00 | DA | 0.00 | FA |
| 5 | 2005 Scion xB Sport Wagon with 74,000 miles | 8,060.00 | 0.00 | DA | 0.00 | FA |
| 6 | 1524 Candlewood, parents  (u) | 69,300.00 | 0.00 | | 15,000.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 0.14 | FA |
| 7 | Assets   Totals (Excluding unknown values) | **$78,710.00** | **$0.00** | | **$15,000.14** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**  December 31, 2009  **Current Projected Date Of Final Report (TFR):**  December 9, 2011  (Actual)

Printed: 02/17/2012 09:27 AM    V.12.57

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 08-70798  
**Case Name:** SADAF, MOHAMMAD ALI

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******45-65 - Money Market Account

**Taxpayer ID #:** **-***5369  
**Period Ending:** 02/17/12

**Blanket Bond:** $820,095.60  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/08/11 | {6} | Chicago Title Insurance Company | settlement | 1210-000 | 15,000.00 | | 15,000.00 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 15,000.08 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 18.49 | 14,981.59 |
| 08/17/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.06 | | 14,981.65 |
| 08/17/11 | | To Account #9200******4566 | Prep. of F. Rpt | 9999-000 | | 14,981.65 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **15,000.14** | **15,000.14** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 14,981.65 | |
| | | | **Subtotal** | | **15,000.14** | **18.49** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$15,000.14** | **$18.49** | |

{} Asset reference(s)

Printed: 02/17/2012 09:27 AM    V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 08-70798  
**Case Name:** SADAF, MOHAMMAD ALI  
**Taxpayer ID #:** **-***5369  
**Period Ending:** 02/17/12  

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******45-66 - Checking Account  
**Blanket Bond:** $820,095.60 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 08/17/11 | | From Account #9200******4565 | Prep. of F. Rpt | 9999-000 | 14,981.65 | | 14,981.65 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 14,956.65 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 30.73 | 14,925.92 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 29.65 | 14,896.27 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 32.65 | 14,863.62 |
| 01/19/12 | 101 | United States Bankruptcy Court | Dividend paid 100.00% on $250.00, Clerk of the Court Costs (includes adversary and other filing fees); Reference: | 2700-000 | | 250.00 | 14,613.62 |
| 01/19/12 | 102 | Yalden, Olsen & Willette | Dividend paid 100.00% on $4,263.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 4,263.00 | 10,350.62 |
| 01/19/12 | 103 | JOSEPH D. OLSEN | Dividend paid 100.00% on $261.84, Trustee Expenses; Reference: | 2200-000 | | 261.84 | 10,088.78 |
| 01/19/12 | 104 | JOSEPH D. OLSEN | Dividend paid 100.00% on $2,250.01, Trustee Compensation; Reference: | 2100-000 | | 2,250.01 | 7,838.77 |
| 01/19/12 | 105 | Internal Revenue Service | Dividend paid 100.00% on $7,779.64; Claim# 7P; Filed: $7,779.64; Reference: | 5800-000 | | 7,779.64 | 59.13 |
| 01/19/12 | 106 | Stuart Allan & Associates, Inc. | Dividend paid 1.54% on $1,808.98; Claim# 1; Filed: $1,808.98; Reference: | 7100-000 | | 27.96 | 31.17 |
| 01/19/12 | 107 | Recovery Management Systems Corporation | Dividend paid 1.54% on $720.08; Claim# 3; Filed: $720.08; Reference: | 7100-000 | | 11.13 | 20.04 |
| 01/19/12 | 108 | National Check Trust | Dividend paid 1.54% on $512.84; Claim# 4; Filed: $512.84; Reference: | 7100-000 | | 7.92 | 12.12 |
| 01/19/12 | 109 | PayPal, Inc. | Dividend paid 1.54% on $710.00; Claim# 5; Filed: $710.00; Reference: | 7100-000 | | 10.97 | 1.15 |
| 01/19/12 | 110 | U.S. Bankruptcy Court | COMBINED SMALL CHECK | 7100-000 | | 1.15 | 0.00 |

|  |  |  |
|---|---|---|
| ACCOUNT TOTALS | 14,981.65 | 14,981.65 | $0.00 |
| Less: Bank Transfers | 14,981.65 | 0.00 | |
| Subtotal | 0.00 | 14,981.65 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$14,981.65** | |

{} Asset reference(s)     Printed: 02/17/2012 09:27 AM   V.12.57

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 08-70798  
**Case Name:** SADAF, MOHAMMAD ALI  

**Taxpayer ID #:** **-***5369  
**Period Ending:** 02/17/12  

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******45-66 - Checking Account  
**Blanket Bond:** $820,095.60   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

Net Receipts :     15,000.14  
───────────  
Net Estate :     $15,000.14

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # 9200-******45-65 | 15,000.14 | 18.49 | 0.00 |
| Checking # 9200-******45-66 | 0.00 | 14,981.65 | 0.00 |
| | $15,000.14 | $15,000.14 | $0.00 |

{} Asset reference(s)

Printed: 02/17/2012 09:27 AM        V.12.57